CENTURY INDEMNITY COMPANY et al., Respondents, v. EDWARD R. BURT et al.,
Copartners Doing Business under the Name of EDWARD R. BURT AND COMPANY,
Appellants.— Order so far as appealed from, unanimously modified by grant-
ing an examination as to items "7" and "8" and directing the production
upon the taking of the deposition of the original contract and the records of
the plaintiff bank showing the amounts realized upon the liquidation of the
property referred to in Schedule "C" and as so modified, affirmed. No opinion.

The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.